**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN ANTHONY CASTRO, JR., <br><br> Plaintiff, <br><br> v. <br><br> J. SIMPSON, et al., <br><br> Defendants. | Case No. EDCV 16-0308 JFW (SS) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   August 9, 2016

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE